

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Luis Ortiz,

No. 11-22-00103-CV

\* Original Mandamus Proceeding

\* August 4, 2022

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has considered Luis Ortiz's petition for writ of mandamus, and having previously conditionally granted it in part, we now conclude that the petition for writ of mandamus should be otherwise denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied in all other respects.